UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | | |
|---|---|---|
| SEAN RIERSON MARTIN, | : | **ECF CASE** |
| | : | |
| Plaintiff, | : | Civil Action No.: 1:15-cv-09292 (TPG) |
| | : | |
| - against - | : | |
| | : | |
| DEUTSCHE BANK SECURITIES, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

-----------------------------------------------------------------

**PLEASE TAKE NOTICE** that Cliff Fonstein of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters his appearance as counsel for Defendant Deutsche Bank Securities, Inc. in the above-captioned matter. The undersigned hereby certifies that he is admitted to practice in this Court.

Dated:  New York, New York       Respectfully submitted,
       December 16, 2015

                                         SEYFARTH SHAW LLP

                                         By:  */s/ Cliff Fonstein*
                                              Cliff Fonstein
                                         620 Eighth Avenue
                                         New York, New York 10018-1405
                                         Phone:  212.218.5500
                                         Fax:  212.218.5526
                                         cfonstein@seyfarth.com

                                         *Attorneys for Defendant*

## CERTIFICATION OF SERVICE

I hereby certify that on December 16, 2015, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                /s/ Cliff Fonstein  
                                                Cliff Fonstein