UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | | |
|---|---|---|
| SEAN RIERSON MARTIN, | : | **ECF CASE** |
| Plaintiff, | : | Civil Action No.: 1:15-cv-09292 (TPG) |
| - against - | : | |
| DEUTSCHE BANK SECURITIES, INC., | : | |
| Defendant. | : | |

-----------------------------------------------------------------

**PLEASE TAKE NOTICE** that Scott Rabe of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters his appearance as counsel for Defendant Deutsche Bank Securities, Inc. in the above-captioned matter. The undersigned hereby certifies that he is admitted to practice in this Court.

Dated: New York, New York
       December 16, 2015

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Scott Rabe*
    Scott Rabe
620 Eighth Avenue
New York, New York 10018-1405
Phone: 212.218.5500
Fax: 212.218.5526
srabe@seyfarth.com

*Attorneys for Defendant*

## CERTIFICATION OF SERVICE

I hereby certify that on December 16, 2015, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                  /s/ Scott Rabe
                                                  Scott Rabe