UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\---------------------------------------------------------------

| | |
|---|---|
| SEAN RIERSON MARTIN, | : **ECF CASE** |
| | : |
| Plaintiff, | : Civil Action No.: 1:15-cv-09292 (TPG) |
| | : |
| - against - | : |
| | : |
| DEUTSCHE BANK SECURITIES, INC., | : |
| | : |
| Defendant. | : |
| | : |

\---------------------------------------------------------------

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the annexed Memorandum Of Law In Support Of Defendant's Motion to Dismiss Plaintiff's Petition to Vacate Arbitration Award and to Stay Briefing of Plaintiff's Motion to Vacate Arbitration Award, Defendant Deutsche Bank Securities, Inc. respectfully move for an Order: (i) granting their Motion to Dismiss Plaintiff's Petition to Vacate Arbitration Award; (ii) dismissing Plaintiff's Petition to Vacate Arbitration Award in its entirety; (iii) Staying Briefing of Plaintiff's Motion to Vacate Arbitration Award pending a determination on this motion; and (iv) for such other and further relief as the Court may deem just and proper.

|  |  |
|---|---|
| Dated:  December 16, 2015 | Respectfully submitted,<br>SEYFARTH SHAW LLP<br>By: */s/*    Scott Rabe                                   _<br>Cliff Fonstein<br>Scott Rabe<br>620 Eighth Avenue, 32nd Floor<br>New York, New York 10018<br>Tel: (212) 218-5500<br>Fax: (212) 218-5526<br>cfonstein@seyfarth.com<br>srabe@seyfarth.com<br><br>*Attorneys for Defendant Deutsche Bank Securities Inc.* |

2

## CERTIFICATE OF SERVICE

Scott Rabe, an attorney, certifies that on December 16, 2015, he caused a true and correct copy of **DEFENDANT'S NOTICE OF MOTION** and **DEFENDANT'S MEMORANDUM IN LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S PETITION TO VACATE ARBITRATION AWARD AND TO STAY BRIEFING OF PLAINTIFF'S MOTION TO VACATE ARBITRATION AWARD** to be filed through the Court's CM/ECF system, which will cause of a copy of such filing to be served upon all counsel of record.

                                                          /s/ Scott Rabe
                                                          Scott Rabe

23349997v.1