*Kraus & Zuchlewski* LLP

December 23, 2015

**VIA ECF**

Hon. Thomas P. Griesa
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re: *Martin v. Deutsche Bank Securities Inc.*, Case No. 15 Civ. 09292

Dear Judge Griesa:

    This firm represents Sean Rierson Martin, the Petitioner, in the above-referenced matter. We write pursuant to Rule I.F of Your Honor's Individual Practices to request an extension of time by which the Petitioner may respond to Respondent's Motion to Dismiss.

    The Petitioner's response is currently due on December 30, 2015, and we respectfully request that the time be extended through January 7, 2016. Please see the attached Stipulation where the parties have consented to this extension. There have been no previous requests for extensions in this matter.

    Thank you for your consideration.

                                                Respectfully submitted,

                                                Pearl Zuchlewski

cc: Cliff Fonstein, Esq.

500 Fifth Avenue
Suite 5100
New York, NY 10110-5197

Tel.: (212) 869-4646
Fax: (212) 869-4648
www.kzlaw.net

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SEAN RIERSON MARTIN,                              :

                                 Petitioner,        :   1:15-cv-09292 (TPG)

      - against -                                  :

DEUTSCHE BANK SECURITIES, INC.,               :

                                 Respondent.   :
-----------------------------------------------------------------X

## STIPULATION EXTENDING PETITIONER'S TIME TO RESPOND TO RESPONDENTS' MOTION TO DISMISS

It is hereby stipulated and agreed between Petitioner Sean Martin and Respondent Deutsche Bank Securities, Inc. that the time for Petitioner to serve and file its response to Respondent's Motion to Dismiss the Petition dated December 16, 2015 is hereby extended to and including January 7, 2016.

Dated: New York, New York
          December 22, 2015

Kraus & Zuchlewski LLP
By: _____
     Pearl Zuchlewski
500 Fifth Avenue, Suite 5100
New York, New York 10110
212-869-4646
Counsel to Petitioner

Seyfarth Shaw LLP

By: _____                                  So Ordered:
     Cliff Fonstein
620 Eighth Avenue                                            _____
New York, New York 10018                                     U.S.D.J.
212-218-3392
Counsel to Respondent

23650505v.1